Kevin E. MEUSER, Respondent,

v.

DIRECTOR OF REVENUE, Appellant.

No. 74521.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 13, 1999.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, for appellant.

David John Sokolowski, Florissant, for respondent.

Before ROBERT G. DOWD, Jr., C.J., KAROHL, J., and MOONEY, J.

### ORDER

PER CURIAM.

The Director of Revenue (Director) appeals the circuit court's judgment reinstating the driving privileges of Kevin E. Meuser (Driver) after Director suspended them pursuant to section 302.505, RSMo Cum.Supp. 1998. We have reviewed the briefs and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have prepared a memorandum for the parties only explaining the

reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).